KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Svetlana Orzhevskaia,<br><br>Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>Respondents. | No.   CV-26-01450-PHX-SMB (JFM)<br><br>**ORDER** |

Petitioner Svetlana Orzhevskaia, who is confined in the Eloy Detention Center and represented by counsel, filed a Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) challenging her immigration detention. Petitioner has paid the filing fee. The Court will require an answer to the Petition.

On June 30, 2024,[1] Petitioner and her adult son applied for asylum and admission into the United States using the Customs and Border Protection's (CBP's) digital application program, "CBP One." (Doc. 1 at 7.) Petitioner and her son were informed of an appointment on September 26, 2024, at the Calexico Port of Entry. (*Id.*) When Petitioner arrived at the port of entry, she was taken into custody, served with a Notice to Appear, and processed for regular removal proceedings. (*Id.*) On September 27, 2024, the Department of Homeland Security "filed the charging document before the immigration court thereby commencing removal proceedings under 8 U.S.C. § 1229a." (*Id.*) On

---

[1] On Page 7 of the Petition, this date is listed as June 30, 2026; this appears to be a typographical error because elsewhere in the Petition, Petitioner states she registered for the CBP One program on June 30, 202**4**.

October 8, 2024, Petitioner was informed via email from United States Citizenship and Immigration Services that she had been paroled into the United States and was eligible to apply for employment authorization and an Employment Authorization Document. (*Id.* at 12; Doc. 1-1 at 6.)  However, Petitioner was not released.  On November 21, 2024, Petitioner filed applications for asylum, withholding of removal, and protection under the Convention Against Torture. (*Id.* at 7.)  An Immigration Judge denied her applications. (*Id.*)  Petitioner filed an appeal to the Board of Immigration Appeals (BIA), which remains pending.  Petitioner states she has now been detained more than 17 months. (Doc. 1 at 15.)

Petitioner asserts five claims for relief: (1) "Continued detention of Petitioner . . . no longer [bears] a reasonable connection to its intended purpose in violation of Supreme Court holdings"; (2) "Continued detention of Petitioner violates . . . 5 U.S.C. § 706(2)(A)-(C)"; (3) Petitioner's continued detention violates the due process clause of the [Fifth] Amendment"; (4) "Violation of Fifth Amendment right to due process (failure to release Petitioner after she received a grant of parole under 8 U.S.C. § 1182(d)(5))"; and (5) "Violation of Fifth Amendment right to due process."

The Court will require Respondents to answer the Petition.

**IT IS ORDERE**

(1) Counsel for Petitioner must immediately serve the Petition (Doc. 1) upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(4) Petitioner may file a reply within **10 days** from the date of service of the answer.

(5) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention

of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(6) Regarding courtesy copies of documents for chambers, the parties are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added). *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

(7) This matter is referred to Magistrate Judge James F. Metcalf pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 4th day of March, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge

TERMPSREF