# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Svetlana Orzhevskaia,
Petitioner
-vs-
Kristi Noem, et al.,
Respondents.

CV-26-1450-PHX-SMB (JFM)

**Order**

Petitioner filed through counsel a Petition for Writ of Habeas Corpus (Doc. 1) challenging her continued, 17-month detention pending removal/asylum proceedings despite having been granted humanitarian parole due to medical concerns.  The Court ordered Petitioner to immediately serve the Petition. (Order 3/4/26, Doc. 3.)  To date, the record reflects no service on Respondents.

Petitioner has now filed a Motion for Temporary Restraining Order and Motion for Preliminary Injunction (Doc. 5) seeking release pending a ruling on the Petition. Despite the reference to a temporary restraining order, Petitioner indicates she seeks application of the standard for preliminary injunctions, and expresses an intent to seek "relief on notice."   Despite that assertion, Petitioner has provided no evidence of notice of the motion to Respondents.

The Court will assume that Petitioner is proceeding with notice to Respondents.  In its absence, the Court will set a schedule for briefing on the Motion.

**IT IS THEREFORE ORDERED**:

(A)  Respondents must respond to the Moton for Temporary Restraining Order and Motion for Preliminary Injunction (Doc. 5) within 20 days of service with the Petition.

- 1 -

(B) Petitioner has 10 days from service of a response to reply in support of these motions.

Dated: March 11, 2026

_____
James F. Metcalf
United States Magistrate Judge

26-1450o Order 26 03 11 re Briefing on MTR MPI.docx