**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Svetlana Orzhevskaia,<br>Petitioner<br>-vs-<br>Kristi Noem, et al.,<br>Respondents. | CV-26-1450-PHX-SMB (JFM)<br><br>**Order** |

Under consideration is Petitioner's Motion to Find Petition & TRO/MPI Unopposed filed March 25, 2026 (Doc. 8).

On March 2, 22026, Petitioner filed through counsel a Petition for Writ of Habeas Corpus (Doc. 1) challenging her detention pending removal proceedings. Petitioner named as respondents Noem, Bondi, Archambeault, and Rivas, all of whom are allege to be officers or employees of the United States. Petitioner's counsel was ordered to serve the Petition and a response was to be filed within 20 days of the date of service. On March 10, 2026, Petitioner filed Motion for Temporary Retraining Order (Doc. 5). The Court set the deadline for a response to that motion as 20 days from service of the Petition.

Service in this civil habeas proceeding is governed by Federal Rule of Civil Procedure 4. The Court observes that no summonses have yet been issued. Moreover the sole return of service filed in this case (Doc. 7) reflects only "prepaid" mailing to the United States Attorneys Office, and references. This fails to show any service on the United States Attorney. *See* Fed. R. Civ. Proc. 4(i)(1)(A) (requiring physical delivery directly to the United States Attorney or certified or registered mail to the civil-process clerk at the United States Attorneys' office). Moreover, nothing has been filed to show service on the named Respondents. *See* Fed. R. Civ. Proc. 4(i)(2). Further, no service on the Attorney General has been shown. *See* Fed. R. Civ. Proc. 4(i)(1)(B).

Accordingly, proper service of the Petition has not been shown. Accordingly, the time for a response to the Petition and Motion has not commenced to run, and has not expired.

**IT IS THEREFORE ORDERED** Petitioner's Motion to Find Unopposed (Doc. 8) is **DENIED AS PREMATURE**.

Dated: March 30, 2026

26-1450-008o Order 26 03 26 on Motion to Find Unopposed.docx

James F. Metcalf
United States Magistrate Judge