**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Svetlana Orzhevskaia,<br>Petitioner<br>-vs-<br>Kristi Noem, et al.,<br>Respondents. | CV-26-1450-PHX-SMB (JFM)<br><br>**Order** |

Under consideration is Petitioner's Motion for Reconsideration filed March 30, 2026 (Doc. 10). Petitioner seeks reconsideration and clarification of the Order filed March 30, 2026 (Doc. 9) denying as premature Petitioner's Motion to Find Petition and Motion for TRO/PI Unopposed (Doc. 8).[1]

In the interim, Respondents have appeared and filed a Response (Doc. 11) to the Petition. As to the Petition, Petitioner's Motion for Reconsideration is moot.

The Court observes, however, that Respondents have not yet responded to the Motion for Temporary Restraining Order (Doc. 5) The Order filed March 12, 2026 (Doc. 6) directed a response "within 20 days of service with the Petition." However, Petitioner's Motion for Reconsideration made no arguments with regard to service of the TRO Motion. Rather, Petitioner argued only that sufficient service of the Petition had been made. Indeed, Petitioner's "Certificate of Service" pertained only to the service of "the Petition (Doc. 1)." (Doc. 7 at 1.) Rather than belaboring the effectiveness of service of the Petition, the Court will set a firm deadline for a response to the TRO Motion. Doing so renders that portion of the Motion for Reconsideration moot.

---

[1] The Court observes that the bulk of the Motion seems to actually seek reconsideration of District Judge Brnovich's March 4, 2026 service order (Doc. 3), which the undersigned must treat as the law of the case.

**IT IS THEREFORE ORDERED:**

(A) Petitioner's Motion for Reconsideration (Doc. 10) is **DENIED AS MOOT**.

(B) Respondents have through **<u>April 8, 2026</u>** to respond to Petitioner's Motion for Temporary Restraining Order (Doc. 5).

(C) Petitioner has three days from the filing of such response to reply thereto.

Dated: April 1, 2026

26-1450-010o Order 26 04 01 on Motion for Reconsideration.docx

James F. Metcalf
United States Magistrate Judge