**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Svetlana Orzhevskaia,<br>Petitioner<br>-vs-<br>Kristi Noem, et al.,<br>Respondents. | CV-26-1450-PHX-SMB (JFM)<br><br>**Order** |

Petitioner has filed through counsel a "Letter Notice" (Doc. 17), providing updates on Petitioner's removal proceeding status and additional argument in light of those changes.  This filing is not in proper form, *see* LRCiv 7.1(a)(2), (3), and (b)(1), and leave to supplement has not been granted.  The filing will be stricken.   However, Petitioner will be granted leave to file a supplemental brief in support of the Petition and the Motion for Temporary Restraining Order, and a briefing schedule thereon will be set.

**IT IS THEREFORE ORDERED**:

(A)  Petitioner's "Letter Notice" (Doc. 17) be **STRICKEN**.

(B)  Petitioner has through **May 15, 2026** to file a supplemental brief in support of the Petition (Doc. 1) and Motion for Temporary Restraining Order (Doc. 5) with updates on the status of Petitioner's removal proceedings and addressing the issues arising from changes therein.

(C)  Respondents have seven days from the filing of such supplemental brief to respond thereto.

(D)  Petitioner has three days from the filing of such  response to reply thereto.

Dated: May 8, 2026

26-1450o Order 26 05 07 re Supplement to Petition.docx

_____
James F. Metcalf
United States Magistrate Judge

- 1 -